# UNITED STATES DISTRICT COURT

MIDDLE District of TENNESSEE

UNITED STATES OF AMERICA
**V.**

SHANNON WILSON

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: 3:10-00079
USM Number: 19428-075

Dumaka Shabazz
Defendant's Attorney

**THE DEFENDANT:**

X admitted guilt to violation of condition(s) One (1) through Three (3) of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant shall refrain from any unlawful use of a controlled substance | 8/8/2012 |
| 2 | Defendant shall participate in a program of drug testing and substance abuse treatment which may include a 30-day inpatient treatment program followed by up to 90 days in a community correction center at the direction of the Probation Officer | 8/27/2012 |
| 3 | Defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the Probation Officer | 7/17/12 |

The defendant is sentenced as provided in pages 1 and 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No. 7787

Defendant's Year of Birth: 1981

City and State of Defendant's Residence:
Madison, TN 37115

September 27, 2012
Date of Imposition of Judgment

*Todd Campbell*
Signature of Judge

Todd J. Campbell, United States District Judge
Name and Title of Judge

September 27, 2012
Date

## IMPRISONMENT

The Defendant is hereby sentenced to time served.

Two (2) years of supervised release is imposed. All previously imposed Conditions of Supervision are reimposed. Provided, however, the following additional Special Condition of Supervision is imposed: Defendant shall participate in in-patient substance abuse treatment as soon as it is available.

_____ The Court makes the following recommendations to the Bureau of Prisons:

_____ The Defendant is remanded to the custody of the United States Marshal.

_____ The Defendant shall surrender to the United States Marshal for this District:

　_____ at _____ p.m. on _____

　_____ as notified by the United States Marshal.

_____ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

　_____ before 2 p.m. on _____

　_____ as notified by the United States Marshal.

　_____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
a _____ with a certified copy of this Judgment.

_____
United States Marshal

By: _____
Deputy United States Marshal