# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __TENNESSEE__

UNITED STATES OF AMERICA
**V.**

SHANNON WILSON

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: 3:10-00079
USM Number: 19428-075

Michael Holley
Defendant's Attorney

**THE DEFENDANT:**

X admitted guilt to violation of condition(s) __One (1) through Four (4)__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant shall refrain from any unlawful use of a controlled substance | 2/13/13 |
| 2 | Defendant shall participate in a program of drug testing and substance abuse treatment which may include a 30-day inpatient treatment program followed by up to 90 days in a community correction center at the direction of the probation officer | 1/17/13 |
| 3 | Defendant shall not commit another federal, state or local crime | 11/30/12 |
| 4 | Defendant shall not leave the judicial district without the permission of the court or probation office | 2/13/13 |

The defendant is sentenced as provided in pages 1 and 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No. __7787__

Defendant's Year of Birth: __1981__

City and State of Defendant's Residence:
Madison, Tennessee

March 4, 2013
Date of Imposition of Judgment

*Todd Campbell* (signature)
Signature of Judge

Todd J. Campbell, United States District Judge
Name and Title of Judge

March 4, 2013
Date

DEFENDANT: SHANNON WILSON                        Judgment — Page 2 of 2  
CASE NUMBER: 3:10-00079

## IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: __five (5) months__

No period of Supervised Release is imposed.

  __X__  The Court makes the following recommendations to the Bureau of Prisons:

      1. Credit for time served since arrest on February 13, 2013.

  __X__  The Defendant is remanded to the custody of the United States Marshal.

  ____  The Defendant shall surrender to the United States Marshal for this District:

      ____ at _____ p.m. on _____

      ____ as notified by the United States Marshal.

  ____  The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

      ____ before 2 p.m. on _____

      ____ as notified by the United States Marshal.

      ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this Judgment.

                                                   _____  
                                                   United States Marshal

                                                   By: _____  
                                                   Deputy United States Marshal